REED J. WERNER (NSB #9221)
CARTER CULLEN
7408 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone : (702) 228-2600
Facsimile : (702) 228-2333
E-mail : Lindsay@CarterCullen.com
RWerner@CarterCullen.com
Attorneys for Plaintiff

CARTER CULLEN

**UNITED DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LENNA SKELTON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>WALMART, INC., a Foreign Corporation, doing business as WALMART SUPERCENTER 5101; WALMART REAL ESTATE BUSINESS TRUST; DOE Employee 1; DOES 2 through 20, inclusive; and ROE BUSINESS ENTITIES 1 through 20, inclusive,<br><br>Defendants. | CASE NO: 2:25-cv-01111-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff LENNA SKELTON by and through her attorney REED J. WERNER, with the law firm of CARTER CULLEN, Defendants WALMART, INC., dba WALMART SUPERCENTER 5101 and WALMART REAL ESTATE BUSINESS TRUST, by and through their attorney RACHEL L. SHELSTAD, with the law firm of QUINTAIROS, PRIETO, WOOD & BOYER, P.A., hereby stipulate and agree that Plaintiff's Complaint should be dismissed, with prejudice, with each party to bear their own fees and costs. Plaintiff's Motion to Enforce Settlement (Doc #12) currently pending with the Court should be dismissed as moot.

DATED this **19th** day of October, 2026.

| | |
|---|---|
| CARTER CULLEN | QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| By: /s/Reed J. Werner<br>REED J. WERNER (NSB #9221)<br>7408 W. Sahara Avenue<br>Las Vegas, Nevada 89117<br>Attorneys for Plaintiff | By: /s/Rachel L. Shelstad<br>RACHEL L. SHELSTAD (NSB #13399)<br>2370 Corporate Circle, Ste. 160<br>Henderson, Nevada 89074<br>Attorneys for Defendants |

**ORDER**

IT IS HEREBY ORDERED this matter be dismissed, with prejudice as to all claims, each party to bear their own fees and costs.

RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE
DATED: October 20, 2026

CARTER CULLEN